UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jaime Torres<br><br>Plaintiff(s)<br>v.<br><br>Anawalt Lumber Co. Inc.; Anawalt Investment Co., LLC; Anawal<br><br>Defendant(s) | CASE NUMBER:<br><br>2:24-CV-04840-MWF-RAO<br><br>**ADA DISABILITY ACCESS LITIGATION: APPLICATION FOR STAY AND EARLY MEDIATION** |

1. Party (name): _____Anawalt Lumber & Materials Co._____ requests a stay of proceedings and early mediation through the Court's ADR Program

2. The complaint in this case asserts a claim under Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12181-12189.

3. The party filing this Application for Stay and Early Mediation requests that the Court:

   a. Stay these proceedings;

   b. Schedule an early mediation through the Court's ADR Program;

   c. Order Plaintiff to file with the Court and serve on Defendant(s) within fourteen (14) days of the date of the Order granting Application for Stay and Early Mediation a statement that includes the following:

   1) An itemized list of specific conditions on the subject premises that are the basis of the claimed violations of the ADA; and

   2) An itemized list of damages and, for each item, the amount sought.

   d. Order Defendant to file with the Court and serve on Plaintiff(s) at least ten (10) days before the date set for the early mediation any evidence Defendant intends to rely upon to support a claim that the alleged violations have been remedied or that no violation exists.

Date: 8/16/2024

| | |
|---|---|
| Karin L. Schaffer, SBN. 216272 | /s/ Karin L. Schaffer |
| *Type or Print Name* | *Signature of Attorney (or Party without Attorney)* |

**Opposition to this Application for Stay and Early Mediation
must be filed no later than seven (7) days from the date of service of this
Application for Stay and Early Mediation.**

# PROOF OF SERVICE

**Jaime Torres v. Anawalt Lumber Co., Inc. et al.**
**Case No. 2:24-cv-04840-MWF-RAO**

I am employed in the County of Washington County, State of Oregon. I am over the age of eighteen years and not a party to the within action. My business address is 12755 SW 69th Avenue, Suite 100, Portland, OR 97223.

On August 16, 2024, I served the following document(s) described as **ADR DISABILITY ACCESS LITIGATION: APPLICATION FOR STAY AND EARLY MEDIATION** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 16, 2024, at Portland, Oregon.

*/s/ Lindsey Stanton*
Lindsey Stanton

34247963.1:11019-0174

-1-

# SERVICE LIST
## Jaime Torres v. Anawalt Lumber Co., Inc. et al.
## Case No. 2:24-cv-04840-MWF-RAO

| | |
|---|---|
| Matt D Valenti<br>Valenti Law APC<br>5252 Balboa Avenue Suite 700<br>San Diego, CA 92117<br>619-540-2189<br>mattvalenti@valentilawapc.com<br>**Attorney for Plaintiff, JAIME TORRES** | Michael Keith Collins<br>Hill Farrer and Burrill<br>300 S Grand Ave 37th Fl<br>Los Angeles, CA 90071-3147<br>213-620-0460<br>213-624-4840 (fax)<br>mcollins@hillfarrer.com<br>**Attorney for Anawalt Investment Co.** |